EMLEN T. LITTELL AND HELEN A. LITTELL, HIS WIFE,

*vs.*

WILLIAM J. LITTELL, INDIVIDUALLY AND AS EXECUTOR.

*Sale of Decedent's Property.*

A bill brought under Code, Art. 16, Sec. 137, for the sale of a decedent's property, *held* not to be multifarious.

*Decided February 20, 1920.*

Appeal from the Circuit Court for Howard County, in Equity (Moss, J.).

The cause was argued before BOYD, C. J., BRISCOE, BURKE, THOMAS, PATTISON, URNER, STOCKBRIDGE, and ADKINS, JJ.

*Daniel M. Murray, Francis Key Murray, D. C. Higenbothom, Edw. Breckenridge Lowndes,* and *Edward Guest Gibson,* for the appellants.

*Edwin J. Farber,* for the appellee.

STOCKBRIDGE, J., delivered the opinion of the court, affirming the order appealed from, with costs.